# Court of Appeals
# of the State of Georgia

ATLANTA,  December 28, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1444. REED v. FOURSIGHT CAPITAL, LLC.**

Foursight Capital, LLC filed an action in state court against Katya Reed, seeking a writ of possession of a motor vehicle. Reed filed an answer and counterclaims for fraud, slander, harassment, and identity theft, claiming total damages of at least $90,000. The trial court issued a writ of possession to Foursight. Reed filed this pro se direct appeal from the writ of possession.

> In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. In such circumstances, there must be an express determination [of no just reason for delay and entry of a final judgment] under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections are followed, the appeal is premature and must be dismissed.

*Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015) (citation omitted).

Here, the writ of possession does not address Reed's counterclaims and there is nothing else in the record indicating a final resolution of those claims or an express determination and entry of final judgment under OCGA § 9-11-54 (b). Because it appears from the record that Reed's counterclaims remain pending below and that the trial court did not expressly direct the entry of a final judgment under OCGA § 9-11-54 (b), Reed was required to comply with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Islamkhan v. Khan*, 299 Ga. 548, 551 (2) (787 SE2d 731) (2016). Her failure to do so means that we lack jurisdiction over this appeal,

which must be, and hereby is, dismissed. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); *Shoenthal*, supra.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 12/28/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*